**UNITED STATES of America,
Appellee,**

v.

**Robert ROBINSON, Appellant.**

No. 02–3852.

United States Court of Appeals,
Eighth Circuit.

Submitted April 8, 2003.

Decided April 21, 2003.

Before McMILLIAN, FAGG, and HANSEN, Circuit Judges.

PER CURIAM.

On appeal, Robert Robinson contends the district court's * finding that Robinson shall be committed for mental health treatment under 18 U.S.C. § 4245 is clearly erroneous. Robinson's counsel has filed a brief in support of Robinson's contention and requests permission to withdraw under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Although Robinson was granted permission to file a pro se supplemental brief, he has not done so.

After review of counsel's *Anders* brief along with our independent review of the record in accordance with *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no non-frivolous issues for appeal. We thus af-

firm the judgment of the district court, deny as moot Robinson's pro se motions for discovery and for transcripts at government expense, and grant counsel's motion to withdraw.

A true copy.

---

* The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.